Kelly A. Evans, Esq.
Nevada Bar No. 7691
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Justin S. Hepworth, Esq.
Nevada Bar No. 10080
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: kevans@efstriallaw.com
Email: jschuttert@efstriallaw.com
Email: jhepworth@efstriallaw.com

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMI KHAL,<br><br>               Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY, a foreign corporation and DOES 1 through 10, inclusive, and ROE ENTITIES 1 through 10, inclusive,<br><br>               Defendants. | CASE NO.<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL** |

<u>**DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL**</u>

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant Monsanto Company ("Monsanto") hereby gives notice of removal of this action, captioned *Sami Khal v. Monsanto Company*, bearing case number A-20-823702-C, from the District Court of Clark County, Nevada to the United States District Court for the District of Nevada.  Pursuant to 28 U.S.C. § 1446(a), Monsanto provides the following statement of grounds for removal.

<u>**Introduction**</u>

1.     In this products liability lawsuit, Plaintiff Sami Khal sues Monsanto for injuries allegedly caused by Monsanto's Roundup®-branded herbicides, which have glyphosate as their

Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

active ingredient.  For decades, farmers have used glyphosate-based herbicides to increase crop yields, and home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control.  Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received regulatory approval in more than 160 countries.  Since 1974, when Monsanto first introduced a Roundup®-branded herbicide to the marketplace, the United States Environmental Protection Agency repeatedly has concluded that glyphosate does not cause cancer – including as recently as January 2020.  Nevertheless, Plaintiff alleges that he developed cancer – specifically, lymphocytic leukemia – caused by exposure to Monsanto's glyphosate-based herbicides.

2.     This is one of many lawsuits that have been filed against Monsanto involving Roundup®-branded herbicides.  A multidistrict litigation proceeding is pending in the United States District Court for the Northern District of California, before the Honorable Vince G. Chhabria, pursuant to 28 U.S.C. § 1407.  *See In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal.); *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 214 F. Supp. 3d 1346 (J.P.M.L. 2016).

3.     As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship.  Plaintiff is a Nevada citizen.  For purposes of diversity jurisdiction, Monsanto is deemed to be a citizen of Missouri (where its principal place of business is located) and Delaware (Monsanto's state of incorporation).  Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332.  The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

**Background and Procedural History**

4.     Plaintiff commenced this lawsuit in the District Court of Clark County, Nevada by filing a Complaint, captioned *Sami Khal v. Monsanto Company*, case number A-20-823702-C, on or about October 26, 2020 (the "State Court Action").

5. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint served upon Monsanto in the State Court Action are attached as **Exhibit 1**. Plaintiff seeks damages for lymphocytic leukemia allegedly caused by exposure to Monsanto's glyphosate-based herbicides. *See, e.g.*, Complaint ¶¶ 7-8, 34-35, 37, 44-45, 50-51, 63-64, 79.

**Basis For Removal – Diversity Jurisdiction**

6. Plaintiff is, and was at the time the State Court Action was filed, a Nevada resident and citizen. *See* Complaint ¶ 1; Westlaw Report Regarding Mr. Khal (excerpts attached as **Exhibit 2**).

7. Monsanto is, and was at the time the State Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. Complaint ¶ 2. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of diversity jurisdiction.

8. The Complaint seeks compensatory and punitive damages based on the allegations that Monsanto's Roundup®-branded herbicides caused Plaintiff to develop cancer. Therefore, it is plausible that Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."); *see also Ross v. First Family Fin. Servs., Inc.*, No. 2:01CV218-P-B, 2002 WL 31059582, at *8 (N.D. Miss. Aug. 29, 2002) ("[U]nspecified claims for punitive damage sufficiently serve to bring the amount in controversy over the requisite jurisdictional threshold set out in 28 U.S.C. § 1332."). In fact, numerous other lawsuits seeking damages for cancer allegedly caused by Roundup®-branded herbicides have been filed against Monsanto in other federal courts asserting jurisdiction under Section 1332(a) and alleging damages in excess of $75,000, exclusive of interest and costs.

/ / /

/ / /

/ / /

9.      In sum, this Court has original subject matter jurisdiction over this action based on Section 1332(a) because there is complete diversity of citizenship between Plaintiff and Monsanto, and the amount in controversy exceeds $75,000, exclusive of interest and costs.[1]

**<u>Procedural Requirements</u>**

10.     The District Court of Clark County, Nevada is located within the District of Nevada.  Therefore, removal to this Court satisfies the venue requirement of 28 U.S.C. § 1446(a).

11.     Monsanto received notice of process in the State Court Action on November 6, 2020.  This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because it is being filed within 30 days of November 6, 2020.

12.     The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the District Court of Clark County, Nevada and will be promptly served on Plaintiff.

13.     Monsanto does not waive any legal defenses and expressly reserves its right to raise any and all legal defenses in subsequent proceedings.

14.     If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The citizenship of "Doe" and "Roe" defendants must be disregarded when determining whether this lawsuit is removable based on Section 1332(a).  *See* 28 U.S.C. § 1441(b)(1).

<div align="center"><u>**Conclusion**</u></div>

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

Dated:  November 30, 2020.                    EVANS FEARS & SCHUTTERT LLP


By:  */s/ Kelly A. Evanss*
     Kelly A. Evans, Esq.
     Nevada Bar No. 7691
     Jay J. Schuttert, Esq.
     Nevada Bar No. 8656
     Justin S. Hepworth, Esq.
     Nevada Bar No. 10080
     6720 Via Austi Parkway, Suite 300
     Las Vegas, Nevada 89119
     Telephone:  702.805-0290
     Facsimile:  702.805-0291
     Email: kevans@efstriallaw.com
     Email: jschuttert@efstriallaw.com
     Email: jhepworth@efstriallaw.com

     *Attorneys for Defendant Monsanto Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL** was served on counsel of record this 30th day of November, 2020 using the Court's CM/ECF System.

<div align="right">

*/s/ Faith Radford*
An Employee of Evans Fears & Schuttert LLP

</div>